HARRY G. CODER, respondent,

*v.*

MARGARET E. CODER, appellant.

[Argued March 10th, 1909.   Decided June 14th, 1909.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevenson.

*Mr. J. Merritt Lane,* for the appellant.

*Mr. Joseph N. Noonan,* for the respondent.

Affirmed June 14th, 1909.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL—13.

*For reversal*—None.